IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN

| | |
|---|---|
| BARRY LEE CRESPO, ) | |
| ) | |
| ) | **3:20-CV-00141-CRE** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| WILLIAM JOSEPH HIGGINS, DISTRICT ) | |
| ATTORNEY OF BEDFORD COUNTY, PA; ) | |
| ) | |
| ) | |
| Defendant, | |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Defendant's motion for judgment on the pleadings docketed at ECF No. 29 is GRANTED;

2. IT IS FURTHER ORDERED that the Clerk of Court mark this case closed;

3. AND IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

So ORDERED this 20th day of September, 2021.

s/Cynthia Reed Eddy
Cynthia Reed Eddy
Chief United States Magistrate Judge

cc: BARRY LEE CRESPO
JD-1371
SCI Mahanoy
301 Morea Road

Frackville, PA 17932
(via U.S. First Class Mail)

Counsel of record
(via ECF electronic notification)